RECEIVED

JUL 1 2 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| EXTREME ENERGY SERVICES, LLC | CIVIL ACTION NO. 6:10-cv-1487 |
| VERSUS | JUDGE DOHERTY |
| GATOR ENERGY OPERATING, LLC | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that defendant Gator Energy Operating, LLC's motion to stay or dismiss this lawsuit (Rec. Doc. 13) is DENIED, consistent with the report and recommendation.

Lafayette, Louisiana, this 12 day of July 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

